# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

154149

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

              SC: 154149
              COA: 326335
              Wayne CC: 13-001930-FH

TEVIN MICHEL CABBIL,
   Defendant-Appellant.

_____/

   By order of January 31, 2017, the application for leave to appeal the June 14, 2016 judgment of the Court of Appeals was held in abeyance pending the decisions in *People v Steanhouse* (Docket No. 152849) and *People v Masroor* (Docket Nos. 152946-8). On order of the Court, the cases having been decided on July 24, 2017, 500 Mich 453 (2017), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

   CLEMENT, J., did not participate.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2017

Clerk

s1120